*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, HOUTZ, and ATTANASIO
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**William W. BEEZEL**
Construction Mechanic Constructionman (E-3), U.S. Navy
Appellant

**No. 202000129**

Decided: 27 August 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Derek D. Butler (arraignment)
Warren A. Record (trial)

Sentence adjudged 27 February 2020 by a special court-martial convened at Naval Air Station Pensacola, Florida, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, forfeiture of $1000.00 per month for seven months, confinement for seven months, and a bad-conduct discharge.

For Appellant:
*Commander Michael E. Maffei, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866 (2018).

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court